## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Linda Mayer, | Civil No. 09-1008 (RHK/JJK) |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| v. | |
| The Lincoln National Life Insurance Company, a/k/a Lincoln Financial Group, a/k/a Lincoln National Corporation, | |
| Defendant. | |

_____

Based on the parties' Stipulation (Doc. No. 16), **IT IS ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, on the merits, and without an award of costs or disbursements to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 5, 2010

                                             s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge